# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SALLY J. GROSS**

      vs.                CASE NUMBER: 5:08-CV-527 (NPM/GHL)

**STATE OF NEW YORK**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction is granted. Therefore the Complaint filed by Plaintiff Sally J. Gross is hereby dismissed.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 31st day of March, 2009.

DATED: March 31, 2009

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk